USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 5:15-cv-196-XR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DAVID J. STONE, JACQUELINE WALLACE, Et al | Eviction |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DAVID J STONE, JACQUELINE WALLACE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8754 Avator Circle, Fair Oaks, Texas 78015

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Darlene D Jones, PALS
Internal Revenue Service
4041 N Central Ave, MS 5021
Phoenix, AZ 85012

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

FILED
OCT 5 - 2016
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The U.S. Marshal is Ordered to remove DAVID J STONE, JACQUELINE WALLACE from there property located at 8754 Avator Circle, Fair Oaks, Texas 78015, pursuant to the attached Order of Sale.

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

*Darlene Jones* (Digitally signed by Darlene Jones, DN: cn=Darlene Jones, o=Quality and Technical support, ou=SB/SE Collection, email=Darlene.Jones2@irs.gov, c=US Date: 2016.08.18 09:46:41 -07'00')

TELEPHONE NUMBER: 602-501-2146
DATE: 8/18/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: 80
District to Serve No.: 80
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: ___

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 9/22/16
Time: 1500 [X] pm

Signature of U.S. Marshal or Deputy: *M. Rector*

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: DUSMs Assisted IRS Liquidation Specialist with securing the residence after David Stone removed all personal property. Observed locksmith change locks. Mr. Stone and associates were instructed to NOT return to residence.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80