IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 5:15-cv-196-XR |
| | ) | |
| DAVID J. STONE, and | ) | |
| JACQUELINE WALLACE. | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' MOTION TO CONFIRM
SALE AND DISBURSE SALES PROCEEDS**

The United States of America moves this Court to enter an order confirming the sale and directing the clerk of this Court to disburse the sale proceeds, plus accrued interest, from the registry of this Court for the following reasons:

1. On June 2, 2016, this Court entered a Default Judgment in favor of the United States against Defendant David J. Stone (Dkt. No. 34) which ordered that the United States may collect on its judgment by foreclosing upon and selling the real property located in Fair Oaks, Bexar County, Texas 78015 ("the Property") and further described as:

> Lot 27, Fair Oaks Ranch Unit A, in the City of Fair Oaks, Bexar County, Texas, according to plat thereof recorded in Volume 8100, Page 31, Deed Plat Records of Bexar County, Texas.

2. On July 22, 2016, the United States filed a Motion for Order of Sale and to Vacate Property. (Dkt. No. 37.)

3. On August 2, 2016, this Court entered an Order of Sale and to Vacate Property ("Order of Sale") (Dkt. No. 39.)

1

4.      As allowed by the Order of Sale, the Property was sold by one of the Internal Revenue Service's Property Appraisal and Liquidation Specialists on January 11, 2017. The proceeds from the sale, $299,000.00 were deposited into this Court's registry on January 11, 2017, and February 3, 2017.

5.      No objections to the sale have been filed.

6.      The Declaration of Darlene Jones, the IRS's Property Appraisal and Liquidation Specialist that handled the sale of the Property, is attached as Exhibit A. Ms. Jones' Declaration has attached copies of the receipts for the costs of sale. Upon Confirmation of the Sale by the Court, the funds in the Registry of the Court in this action, $299,000, plus accrued interest, should be disbursed as follows:

   A.    First, to the costs of sale paid by the IRS. These costs were:

| | | |
|---|---|---|
| 1) | AFX Title Company for cost of Title Report | $159.95 |
| 2) | A-1 Boerne Locksmith Locksmith services | $481.82 |
| 3) | 1-800-GOT-JUNK for Junk removal | $502.20 |
| 4) | San Antonio Business Journal for Legal Advertisement | $305.88 |
| 5) | 1-800-GOT-JUNK for Junk removal | $218.00 |
| 6) | Southside Reporter for Legal Advertisement | $441.19 |
| 7) | CPS Energy For electrical services | $347.22 |
| 8) | Fair Oaks Ranch Utilities for water services | <u>$314.04</u> |

   **Total Costs of Sale                               $2,770.30**

   Make check payable to the "United States Treasury" and mail to:
   Internal Revenue Service
   Attn: Darlene Jones, PALS
   4041 N. Central Ave. M/S 5021
   Phoenix, AZ 85012-3330

B. Second, to Bexar County Tax Assessor-Collector
For outstanding ad valorem taxes as follows:

    As of April, 2017                                    $4,610.69

Make check payable to "Albert Uresti, MPA, PCC"
Bexar County
Tax Assessor-Collector
P.O. Box 2903
San Antonio, TX 78299-2903

C. Third, the remainder of the funds, plus any accrued interest, to the United States Department of Justice to be applied to the federal tax liabilities of David J. Stone.

Make the check payable to the "U.S. Department of Justice" and mail to:

U.S. Department of Justice
Attn: Jon E. Fisher
Trial Attorney, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

WHEREFORE, the United States of America requests an Order Confirming the Sale in this proceeding and directing the Clerk of this Court to make final disbursement of the funds in the registry of this Court as requested above, and for such other relief as the Court deems proper.

                                                      RICHARD L. DURBIN, JR.
                                                     United States Attorney

                                                   */s/* Jon E. Fisher
                                                   JON E. FISHER
                                                   State Bar No. 550177-MA
                                                   Trial Attorney, Tax Division
                                                   U.S. Department of Justice
                                                   717 N. Harwood, Suite 400
                                                   Dallas, Texas 75201
                                                   214-880-9730
                                                   214-880-9741/9742 (facsimile)
                                                   Jon.Fisher@usdoj.gov

                                                   ATTORNEY FOR UNITED STATES

## **CERTIFICATE OF SERVICE**

I certify that service of the foregoing document has been made on March 24, 2017, by mailing a copy by certified mail to:

David J. Stone
Jacqueline Wallace
8754 Avator Circle
Fair Oaks, Texas 78015

*/s/* Jon E. Fisher
JON E. FISHER