IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS


UNITED STATES OF AMERICA,

                              Case No. 5:15-cv-00196-XR

        Plaintiff,


    v.                             DECLARATION OF DARLENE JONES


DAVID J. STONE, JACQUELINE WALLACE, et al

        Defendant

————————————————————————


I, Darlene Jones, pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I am a Property Appraisal and Liquidation Specialist with the Internal Revenue Service, and I am stationed in Phoenix, Arizona.  My official duties as a PALS include the sale of property seized or otherwise obtained by court order on behalf of the United States of America ("United States").  Pursuant to an Order of Sale dated August 02, 2016 the Internal Revenue Service conducted a public auction sale of property against which the court ordered the foreclosure of the Federal Tax Liens.  On behalf of the United States,



Government
Exhibit

A

plaintiff, I submit the following declaration and report of the sale.

2. For four weeks prior to November 17, 2016, the Notice of Sale, attached as Exhibit A, was published in the classified section of San Antonio Business Journal, a newspaper which has general circulation in Bexar county in which the property at 8754 Avator Circle, Fair Oaks, Texas is located. The notices were published on October 21, 2016, October 28, 2016 & November 4, 2016, November 11, 2016. The publisher's affidavit is attached as Exhibit B.

3. On November 16, 2016, the open house was held from 10:00am to 2:00pm, several bidders showed up to view the property. On November 17, 2016, no bidders showed for the sale of the property at 8754 Avator Circle, Fair Oaks, Texas. PALS set new sale date for January 11, 2017.

4. For four weeks prior to January 11, 2017, the Notice of Sale attached as Exhibit C, was published in the classified section of Southside Reporter, a newspaper which has general circulation in Baxar County, the county in which the property at 8754 Avator Circle, Fair Oaks, Texas is located. The notices were published on December 14, 2016,

December 21, 2016, December 28, 2016 and January 04, 2017. The publisher's affidavit is attached as Exhibit D

5. On January 11, 2017 the open house was held from 9:00am to 11:00am and about 6 individuals showed to view the property, and one bidder registered to bid on the property at 8754 Avator Circle, Fair Oaks, Texas. On January 11, 2017 the United States offered for sale to the highest bidder at public auction the property described in the Notice of Sale. The successful bidder, A Orange Math Center Inc, PO Box 1569, Garden Grove, CA 92840, bid $299,000.00 and paid a deposit of $60,000.00. The balance of the purchase price was received on February 3, 2017 and the funds were sent to the Court for deposit. Copies of the memos, Receipt for Judicial Sale Deposit and one of the checks that accompanied the memo to the court are attached as Exhibit E.

7. The Internal Revenue Service incurred a total of $2,770.30 in expenses, as follows:

    a. Title Reports: AFX Title Search        $159.95

    b. Locksmith service (door locks) & chain for gate:  $481.82

c. 1-800 Got Junk; 9-22-2016 Junk Removal:     $502.20

d. Legal Ad: Daily Journal: 1st Legal Ad-SABJ     $305.88

e. 1-800 Got Junk; 11-17-2016 Junk Removal:     $218.00

f. Legal Ad:   Daily Journal: 2nd Legal Ad-SR     $441.19

g. CPS Energy (Electric from 10-2016 to 2-2017)  $347.22

h. Fair Oaks Ranch Utilities (Water from 10-2016 to 2-2017) $314.04

8.   These expenses have been paid by the Internal Revenue Service.  Copies of

the receipts for these expenses are attached as Exhibits 7a, - 7h.

8.   The check for the reimbursement should be sent to: Internal Revenue Service,

Attn: Darlene Jones, PALS, 4041 N Central Ave M/S 5021, Phoenix, AZ 85012-3330.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of March, 2017.

_____
DARLENE JONES
Internal Revenue Service

4



**Department of the Treasury - Internal Revenue Service**

Notice of

# Public Auction Sale

Under the authority in Title 28 U.S.C., Sections 2001 and 2002, the property described below will be sold pursuant to the Order of Foreclosure and Judicial Sale filed on August 02, 2016 the United States of America v DAVID J STONE, JACQUELINE WALLACE, et al, Civil No.5:15-cv-00196, in the United States District Court for the Western District of TEXAS San Antonio Division.

**Date of Sale:** November 17, 2016
All prospective bidders need to arrive by 10:30 AM in order to register for the sale.

**Time of Sale:** Time of Sale is 11:00 AM.

**Place of Sale:** 8754 Avator Circle, Fair Oaks, Texas 78015

**Property may be Inspected:** Open House, November 16, 2016, 10:00 am to 2:00 pm.

**Title Offered:** The property shall be offered for sale at public auction, free and clear of all liens and interests of the parties to this action.

**Description of Property:** **Address:** 8754 Avator Circle, Fair Oaks, TX **Parcel ID #:** 04708-100-0270
Custom single family home, 5 bedrooms, 4 & ½ baths, 2 Fireplaces, Pool, tile roof, 2-car Garage, 0.94 Acre, Built 1979.

**Legal Description:** LOT 27, Fair Oaks Ranch Unit A, in the City of Fair Oaks, Bexar County, Texas, according to plat thereof recorded in Volume 8100, Page 31, Deed Plat Records of Bexar County, Texas.

**MINIMUM BID** - $351,400.00      Mail-in-Bids Accepted

**Terms and Conditions** The sale shall be subject to building lines, if established, all laws, ordinances, and governmental regulations (including building and zoning) affecting the property, and easements and restrictions of record, if any.

The sale shall be subject to a minimum bid requirement in the amount of not less than $ 351,400.00. The successful bidder shall be required to deposit with the IRS PALS a minimum of twenty percent 20% of the amount bid at the time of sale, certified check payable to the United States District Court for the Western District of Texas. Before bidding at the sale, prospective bidders must display proof to the IRS PALS that they are able to comply with this requirement. No bids will be received from any person who has not presented said proof.

The successful bidder shall tender the balance of the purchase price, in certified funds payable to the United States District Court for the Western District of Texas, at the office of the Internal Revenue Service, Attn: Darlene Jones, PALS, 4041 N Central Ave, MS 5021, Phoenix, AZ 85012 on or before 3:30 p.m., within thirty (30) days from the sale date, which is December 16, 2016. In the event the successful bidder defaults on any of the termed contained herein, the deposit shall be forfeited and retained by the Internal Revenue Service as part of the proceeds of

**Exhibit**
A

sale, and the real property shall again be offered for sale or sold to the second highest bidder. The U.S. may bid as a creditor against its judgment without tender of cash.

The sale of the property will confirm itself within thirty-five (35) days from the date of sale, subject to confirmation by the court. Upon this confirmation of the sale and receipt of the entire purchase price, IRS will execute and deliver a deed conveying the property to the purchaser. The Court shall distribute the proceeds of the sale as far as they shall be sufficient in the order specified. Upon confirmation of the sale, all interests in, liens against, or claims to, the real property that are or may be asserted by any of the parties to this action are discharged and extinguished.

The government reserves the right to reject any and all bids and to withdraw the property from sale.

**Form of Payment:** When the sale is confirmed by the court, the Recording Official of Bexar County, Texas, shall cause the transfer of the real property to be reflected upon that county's register of title. All payments must be by certified check, make payable to the United States District Court for the Western District of Texas.

The property is offered for sale "as is" and "where is" and without recourse against the United States. The United States makes no guarantee of condition of the property, or its fitness for any purpose. The United States will not consider any claim for allowance or adjustment or for the rescission of the sale based on failure of the property to comply with any expressed or implied representation.

The sale is ordered in accordance with 28 U.S.C. Section 2001 and is made without the right of redemption.

| Signature | Name and Title | Date |
|---|---|---|
| *Darlene Jones* <br> Digitally signed by Darlene Jones <br> DN: cn=Darlene Jones, o=Quality and Technical Support, ou=SB/SE Collection, email=Darlene.Jones2@irs.gov, c=US <br> Date: 2016.10.04 14:05:11 -07'00' | Darlene Jones <br> Property Appraisal and Liquidation Specialist | 10/04/2016 |
| Address for information About the Sale <br> Darlene.Jones2@irs.gov or www.irsauctions.gov | | Phone <br> 602-501-2146 |

Catalog No. 18490S

Form **2434** (Rev. 6-20-2014)

**California Newspaper Service Bureau**®

Daily Journal Corporation
Public Notice Advertising Since 1934
Tel 1-800-788-7840 ▫ Fax 1-800-474-9444
Local Offices and Representatives in:
Los Angeles, Santa Ana, San Diego, Riverside/San Bernardino,
San Francisco, Oakland, San Jose, Sacramento
Special Services Available in Phoenix

## DECLARATION

I am a resident of Los Angeles County, over the age of eighteen years and not a party to any or interested in the matter noticed.

The notice, of which the annexed is a printed copy appeared in the:

**SAN ANTONIO BUSINESS JOURNAL**

On the following dates:

**Oct. 21, 28, Nov. 4 & 11, 2016**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Los Angeles, California, this

__11th__ day of __November__ 2016

*[signature]*

Signature

**2934000**

Notice of Judicial Auction Sale November 17, 2016 11:00 AM with registration at 10:30 AM on or before 8754 Avator Circle, Fair Oaks, Texas Property Offered : Address : 8754 Avator Circle, Fair Oaks, Texas Parcel ID # : 04708-100-0270 MIN BID $ 351,400.00 Legal Description: LOT 27, Fair Oaks Ranch Unit A, in the City of Fair Oaks, Bexar County, Texas, according to plat thereof recorded in Volume 8100, Page 31, Deed Plat Records of Bexar County, Texas. Under the authority in Title 28 U.S.C., Sections 2001 and 2002, the property described above will be sold pursuant to the Order of Foreclosure and Decree of Sale filed on August 02, 2016 the United States of America v. DAVID J STONE, JACQUELINE WALLACE, et al, Civil No.5:15-cv-00196, in the United States District Court for the Western District of TEXAS San Antonio Division. The sale of the property shall be free and clear of any interests of the defendants. The sale shall be subject to building lines, if established, all laws, ordinances, and governmental regulations (including building and zoning) affecting the property, and easements and restrictions of record, if any. No bid shall be accepted unless it is accompanied by a certified check or cashier's check, in the minimum amount of 20% of the amount bid, made payable to the United States District Court for the Western District of Texas. Before being permitted to bid at the sale, all bidders shall display proof that they are able to comply with this requirement. No bids will be received from any person who has not presented said proof. The successful bidder shall tender the balance of the purchase price, in certified funds payable to the United States District Court for the Western District of Texas, at the office of the Internal Revenue Service, Attn: Darlene Jones, PALS, 4041 N Central Ave, MS 5021, Phoenix, AZ 85012 on or before 3:00 p.m., within twenty (30) business days from the date of sale, which is December 16, 2016. In the event that the purchaser fails to fulfill this requirement, the deposit shall be forfeited and retained by the Internal Revenue Service as part of the proceeds of sale, and the Property shall be re-offered for sale or be offered to the second highest bidder. The U.S. may bid as a creditor against its judgment without tender of cash. The sale of the property will confirm itself within thirty-five (35) days from the date of sale,, subject to confirmation by the court. Upon confirmation of the sale and receipt of the entire purchase price, IRS shall issue and deliver to the purchaser, a deed conveying the real property to the purchaser. Upon confirmation of the sale, all interests in, liens against, or claims to, the real property that are or may be asserted by any of the parties to this action are discharged and extinguished. The United States reserves the right to reject any and all bids and to withdraw the property from sale. When the sale is confirmed by the court, the Recording Official of the County shall cause the transfer of the real property to be reflected upon that county's register of title. All payments must be by certified check, cashier's or treasurer's check or by a United States postal, bank, express, or telegraph money order. Make cashier's check or money order payable to the United States District Court for the Western District of Texas. The sale is ordered in accordance with 28 U.S.C. Section 2001 and is made without the right of redemption. For more info: www.irssales.gov or call PALS, Darlene Jones, (602) 501-2146
10/21, 10/28, 11/4, 11/11/16
CNS-2934000#

*"The only Public Notice which is justifiable
from the standpoint of true economy and the public interest,
is that which reaches those who are affected by it"*

Rev. 04/15 Daily Journal Corporation, 915 East First Street, Los Angeles, CA 90012

**Exhibit**
B

*A00004300475*



**Department of the Treasury - Internal Revenue Service**

Notice of

# Public Auction Sale

Under the authority in Title 28 U.S.C., Sections 2001 and 2002, the property described below will be sold pursuant to the Order of Foreclosure and Judicial Sale filed on August 02, 2016 the United States of America v DAVID J STONE, JACQUELINE WALLACE, et al, Civil No.5:15-cv-00196, in the United States District Court for the Western District of TEXAS San Antonio Division.

**Date of Sale**: January 11, 2017
All prospective bidders need to arrive by 1:00 PM in order to register for the sale.

**Time of Sale**: Time of Sale is 1:30 PM.

**Place of Sale**: 8754 Avator Circle, Fair Oaks, Texas 78015

**Property may be Inspected:** Open House, January 11, 2017, 9:00 AM to 11:00 AM.

**Title Offered:** The property shall be offered for sale at public auction, free and clear of all liens and interests of the parties to this action.

**Description of Property:** **Address:** 8754 Avator Circle, Fair Oaks, TX    **Parcel ID #:** 04708-100-0270
Custom single family home, 5635 Sq Ft, 5 bedrooms, 4 & ½ baths, 2 Fireplaces, Pool, 2-car Garage, 0.94 Acre, Built 1979.

**Legal Description:** LOT 27, Fair Oaks Ranch Unit A, in the City of Fair Oaks, Bexar County, Texas, according to plat thereof recorded in Volume 8100, Page 31, Deed Plat Records of Bexar County, Texas.

**MINIMUM BID** - $299,000.00      Mail-in-Bids Accepted

**Terms and Conditions** The sale shall be subject to building lines, if established, all laws, ordinances, and governmental regulations (including building and zoning) affecting the property, and easements and restrictions of record, if any.

The sale shall be subject to a minimum bid requirement in the amount of not less than $ 299,000.00. The successful bidder shall be required to deposit with the IRS PALS a minimum of twenty percent 20% of the amount bid at the time of sale, certified check payable to the United States District Court for the Western District of Texas. Before bidding at the sale, prospective bidders must display proof to the IRS PALS that they are able to comply with this requirement. No bids will be received from any person who has not presented said proof.

The successful bidder shall tender the balance of the purchase price, in certified funds payable to the United States District Court for the Western District of Texas, at the office of the Internal Revenue Service, Attn: Darlene Jones, PALS, 4041 N Central Ave, MS 5021, Phoenix, AZ 85012 on or before 3:30 p.m., within thirty (30) days from the sale date, which is February 10, 2017 In the event the successful bidder defaults on any of the termed contained herein, the deposit shall be forfeited and retained by the Internal Revenue Service as part of the proceeds of

Exhibit
c

sale, and the real property shall again be offered for sale or sold to the second highest bidder. The U.S. may bid as a creditor against its judgment without tender of cash.

The sale of the property will confirm itself within thirty-five (35) days from the date of sale, subject to confirmation by the court. Upon this confirmation of the sale and receipt of the entire purchase price, IRS will execute and deliver a deed conveying the property to the purchaser. The Court shall distribute the proceeds of the sale as far as they shall be sufficient in the order specified. Upon confirmation of the sale, all interests in, liens against, or claims to, the real property that are or may be asserted by any of the parties to this action are discharged and extinguished.

The government reserves the right to reject any and all bids and to withdraw the property from sale.

When the sale is confirmed by the court, the Recording Official of Bexar County, Texas, shall cause the transfer of the real property to be reflected upon that county's register of title.

**Form of Payment:** All payments must be by certified check, make payable to the United States District Court for the Western District of Texas.

The property is offered for sale "as is" and "where is" and without recourse against the United States. The United States makes no guarantee of condition of the property, or its fitness for any purpose. The United States will not consider any claim for allowance or adjustment or for the rescission of the sale based on failure of the property to comply with any expressed or implied representation.

The sale is ordered in accordance with 28 U.S.C. Section 2001 and is made without the right of redemption.

| Signature | Name and Title | Date |
|---|---|---|
| *Darlene Jones* Digitally signed by Darlene Jones DN: cn=Darlene Jones, o=Collection Quality & Technical Support, ou=SBSE, email=Darlene.Jones2@irs.gov, c=US Date: 2016.12.02 13:53:23 -07'00' | Darlene Jones Property Appraisal and Liquidation Specialist | 12/02/2016 |
| Address for information About the Sale Darlene.Jones2@irs.gov or www.irsauctions.gov | | Phone 602-501-2146 |

Catalog No. 18490S

Form **2434** (Rev. 6-20-2014)

**California Newspaper Service Bureau®**
Daily Journal Corporation
*Public Notice Advertising Since 1934*
Tel 1-800-788-7840 □ Fax 1-800-474-9444
Local Offices and Representatives in:
Los Angeles, Santa Ana, San Diego, Riverside/San Bernardino,
San Francisco, Oakland, San Jose, Sacramento
Special Services Available in Phoenix

## DECLARATION

I am a resident of Los Angeles County, over the age of eighteen years and not a party to any or interested in the matter noticed.

The notice, of which the annexed is a printed copy appeared in the:

SOUTHSIDE REPORTER

On the following dates:

DECEMBER 14/16, 21, 28, 01/04, 2017

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Los Angeles, California, this

__23th__ day of __JANUARY__ __2016__

---
Signature

**2953172**

*"The only Public Notice which is justifiable
from the standpoint of true economy and the public interest,
is that which reaches those who are affected by it"*

Rev. 04/15 Daily Journal Corporation, 915 East First Street, Los Angeles, CA 90012

**NOTICE TO THE PUBLIC**

Notice of Judicial Auction Sale January 11, 2017, 1:30 PM with registration at 1:00 PM. Location: 8754 Avator Circle, Fair Oaks, Texas. Property Offered: Address: 8754 Avator Circle, Fair Oaks, Texas, Parcel ID #:04708-100-0270, MIN BID $299,000.00.
Legal Description: LOT 27, Fair Oaks Ranch Unit A, in the City of Fair Oaks, Bexar County, Texas, according to plat thereof recorded in Volume 8100, Page 31, Deed Plat Records of Bexar County, Texas.
Under the authority in Title 28 U.S.C., Sections 2001 and 2002, the property described above will be sold pursuant to the Order of Foreclosure and Decree of Sale filed on August 02, 2016 the United States of America v. DAVID J STONE, JACQUELINE WALLACE, et al., Civil No.5:15-cv-00196, in the United States District Court for the Western District of TEXAS San Antonio Division.
The sale of the property shall be free and clear of any interests of the defendants.
The sale shall be subject to building lines, if established, all laws, ordinances, and governmental regulations (including building and zoning) affecting the property, and easements and restrictions of record, if any. No bid shall be accepted unless it is accompanied by a certified check or cashier's check, in the minimum amount of 20% of the amount bid; made payable to the United States District Court for the Western District of Texas. Before being permitted to bid at the sale, all bidders shall display proof that they are able to comply with this requirement. No bids will be received from any person who has not presented said proof. The successful bidder shall tender the balance of the purchase price, in certified funds payable to the United States District Court for the Western District of Texas, at the office of the Internal Revenue Service, Attn: Darlene Jones, PALS, 4041 N Central Ave, MS 5021, Phoenix, AZ 85012 on or before 3:00 p.m., within thirty (30) days from the date of sale, which is February 10, 2017.
In the event that the purchaser fails to fulfill this requirement, the deposit shall be forfeited and retained by the Internal Revenue Service as part of the proceeds of sale, and the Property shall be re-offered for sale or be offered to the second highest bidder. The U.S. may bid as a creditor against its judgment without tender of cash.
The sale of the property will confirm itself within thirty-five (35) days from the date of sale, subject to confirmation by the court. Upon confirmation of the sale and receipt of the entire purchase price, IRS shall issue and deliver to the purchaser, a deed conveying the real property to the purchaser. Upon confirmation of the sale, all interests in, liens against, or claims to, the real property that are or may be asserted by any of the parties to this action are discharged and extinguished. The United States reserves the right to reject any and all bids and to withdraw the property from sale. When the sale is confirmed by the court, the Recording Official of the County shall cause the transfer of the real property to be reflected upon that county's register of title.
All payments must be by certified check, cashier's or treasurer's check or by a United States postal, bank, express, or telegraph money order. Make cashier's check or money order payable to the United States District Court for the Western District of Texas.
The sale is ordered in accordance with 28 U.S.C. Section 2001 and is made without the right of redemption. For more info: www.irssales.gov or call PALS, Darlene Jones, (602) 501-2146

**Exhibit**
D



*A00000 4338391*



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, DC 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 11, 2017

MEMORANDUM FOR     US District Court Clerk's Office, San Antonio Division
US District Court for the Western District of Texas
655 E. Cesar E. Chavez Blvd., Room G65
San Antonio, Texas 78206

FROM:     Darlene Jones,
Property Appraiser and Liquidation Specialist
Internal Revenue Service
4041 N Central Ave, M/S 5021
Phoenix, AZ 85012

SUBJECT:     Case# 5:15-cv-00196-XR U.S. v. David J. Stone, Jacqueline Wallace, et al.,
Enclosed is (  ) official check(s) received from purchaser
Check Maker: Bank of America
Check #: 1233704109
Amount: $ 60,000
Dated: 1-11-17

Please deposit this into the registry of the court and issue a
Receipt to Darlene Jones, PALS at Internal Revenue Service
4041 N Central Ave, M/S 5021, Phoenix, AZ 85012.

If you have any questions, please contact me at 602-501-2146.

DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500037844
Cashier ID: dgarci
Transaction Date: 01/17/2017
Payer Name: JRs BAIL BONDS, INC.
--------------------------------
TREASURY REGISTRY
For: DAVID J. STONE
Case/Party: D-TXW-5-15-CV-000196-001
Amount:          $60,000.00
--------------------------------
PAPER CHECK
Check/Money Order Num: 1233704109
Amt Tendered: $60,000.00
--------------------------------
Total Due:          $60,000.00
Total Tendered: $60,000.00
Change Amt:          $0.00

PER COURT'S ORDER OF 8/2/2016
(DOCKET ENTRY #39) SA-15-CV-196.
UNITED STATES OF AMERICA (IRS) V.
DAVID J. STONE, ET AL.

(COPY OF RECE        ENT    DARLENE
JONES (PALS,         .  REQ  T).

**Exhibit**
E

# Receipt for Judicial Sale Deposit

Case number 5:15-cv-00196 , the *United States v.* David J Stone, Jacqueline Wallace, et al

On 01/11/2017 the real property located at 8754 Avator Circle, Fair Oaks, TX
county of Bexar , was sold at public auction under an order for sale.

The above property was sold to you as the highest bidder for $ 299,000

This is a receipt for the deposit of $ 60,000 for the purchase price of this property as received by PALS
Property Appraisal and Liquidation Specialist for the Internal Revenue Service, employee number _____

The balance of the purchase price, $ 239,000 , must be received by PALS , Internal Revenue
Service, 4041 N Central Ave, MS 5021, Phoenix AZ 85012 , on or before 02/10/2017 by 3:30 pm .
The payment must be made by Cashiers Check to US Dist Court Texas . If the purchaser fails to fulfill this requirement, the deposit
shall be forfeited.

A deed will be issued upon final payment and sale confirmation by the court.

| Purchaser's name | Purchaser's signature | Date |
| Mahamad Altabbani | | 1-11-17 |
| PALS name | PALS signature | Date |
| PALS Jennifer Breuchaud | | 1-11-17 |
| Witness name | Witness signature | Date |
| Craig Thomson | | 1-11-2017 |
| Witness title | | Employee number |
| Revenue Officer | | |

Form **14790** (11-2016)    Catalog Number 69367S    publish.no.irs.gov    Department of the Treasury - **Internal Revenue Service**



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, DC 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

February 03, 2017

MEMORANDUM FOR   US District Court Clerk's Office, San Antonio Division
US District Court for the Western District of Texas
655 E. Cesar E. Chavez Blvd., Room G65
San Antonio, Texas 78206

FROM:   Darlene Jones,
Property Appraiser and Liquidation Specialist
Internal Revenue Service
4041 N Central Ave, M/S 5021
Phoenix, AZ 85012

SUBJECT:   Case# 5:15-cv-00196-XR U.S. v. David J. Stone, Jacqueline Wallace, et al.,
Enclosed is ( 1 ) official check(s) received from purchaser
Check Maker: Bank of America
Check #: 0803608539
Amount: $ 239,000.00
Dated: 01/17/2017

Please deposit this into the registry of the court and issue a
Receipt to Darlene Jones, PALS at Internal Revenue Service
4041 N Central Ave, M/S 5021, Phoenix, AZ 85012.

If you have any questions, please contact me at 602-501-2146.

**Bank of America** 🇺🇸

Cashier's Check

No. 0803608539

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days    91-170/1221    Date 01/17/17 01:32:35 PM

NAZ

DOWNEY MAIN

0007    0000222    0122

Pay ►►►►  **BANK OF AMERICA** 23 NINE 000 00 TWO THREE ZERO ZERO ZERO CTSCTS    ***$239,000.00

To The
Order Of    US DISTRICT COURT TEXAS

Remitter (Purchased By):   JR'S BAIL BONDS, INC.

Bank of America, N.A.
PHOENIX, AZ

_AUTHORIZED SIGNATURE_

⑈0803608539⑈ ⑆122101706⑆ 4570029311717⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■

| From: | Darlene.Jones2@irs.gov |
| To: | Jones Darlene; afxtitle@gmail.com |
| Subject: | TitleSearch.com Order 51995 |
| Date: | Thursday, August 18, 2016 9:16:12 AM |



Darlene Jones,

Thank you for your order from TitleSearch.com/AFX. Your order has been received and dispatched to your search team for processing.

Please see below for your order details.

Special Instructions:

**Order# 252290**
**Search**: DOJ Expanded Full Property Title Search|159.95
David J Stone 04708-100-0270 8754 Avator Circle - TX, Fair Oaks 78015 Bexar

If you have any questions or if we can be of any assistance in the meantime please don't hesitate to call.

We appreciate your business!

Thank you,

AFX Research, LLC
211 B Tank Farm Rd
San Luis Obispo, CA 93401
Toll Free: 877-848-5337

PAID - Thank you!

# INVOICE

## TitleSearch.com

### AFX Corp. Inc

6625 HWY 53 E #410-125
Dawsonville, GA 30534
706-867-6794
800-201-0620 fax

DATE: 08-18-2016 12:15:pm

INVOICE # 51995

REF #:

BILL TO: Internal Revenue Service

ATTN: Darlene Jones

| DESCRIPTION | AMOUNT |
|---|---|
| Order# 252290<br>**Search**: DOJ Expanded Full Property Title Search|159.95<br>David J Stone 04708-100-0270 8754 Avator Circle - TX, Fair Oaks 78015<br>Bexar | $159.95 |



# A-1 Boerne Locksmith
TEXAS LIC #B15016
143 Lakeview Dr. • Boerne, Texas 78006
email: a1boerne@aol.com

## 830-249-0002

IPS
905824

Date 9-22-16

Name IRS Darlene Jones

Address 8754 Avator Circle

City Fair Oaks Tx, 78015

| ITEM | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|------|-------------|-----------|-------------|
| 1 | Service Call | | 65.00 |
| 18 | Rekey Cylinders | 18.50 | 333.00 |
| 1 | Labor to pick open locks | | 68.50 |
| 4 | Key Copies | 2.75 | 11.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Sub Tx | | |
| | TAX | Exmpt | |
| | TOTAL | | 477.50 |

*Thank You!*



**More saving.**
**More doing.**®

633 W. BANDERA, BOERNE, TX 78006
FLOYD LEGALLEY, STORE MGR 830-249-2834

6556 00009 76159   09/22/16  01:48 PM
CASHIER PATRICIA

0000-163-577 CHAIN <A>
  PROOF COIL CHAIN ZINC 1/4"X1'
                                    4.42N
  202.21
  MAX REFUND VALUE $4.32/2
  ----------FED Customer----------
  4.42 2.25 Percent Off              -0.10
  MUST RETURN ALL ITEMS FOR A FULL REFUND

-------------------------------------------
                    SUBTOTAL         4.32
                    SALES TAX        0.00
TAX EXEMPT
                    TOTAL           $4.32
XXXXXXXXXXXX5193 MASTERCARD
                              USD$ 4.32
                                     TA
AUTH CODE 040538/3091731
Chip Read                      435245444954
AID A0000000041010
TVR 0000088000
IAD 01106090032200000042CB0000000000000FF
TSI E800
ARC 00

P.O.#/JOB NAME: 0



# ANT 1619
## 1-800-GOT-JUNK?
THE WORLD'S LARGEST JUNK REMOVAL SERVICE®

Job ID: Q097253

14080 Nacogdoches Rd #579, San Antonio, TX 78247
Main: 210-632-9123
james.rossette@1800gotjunk.com
1800gotjunk.com

| | |
|---|---|
| Date: | 9.22.16 |
| Team: | MC RM |
| Route#: | ALL #53 |
| Start Time: | |
| End Time: | |
| Moving: ☐ | YELLOW COPY CLIENT / WHITE COPY OFFICE |

Name: Darlene Jones

Company Name: IRS

Pickup Address: 8754 Avator Cir

City: Boline    State/Prov: TX    Zip/Postal: 78015

Home #: _____    Cell #: _____

Fax #: _____    Office #: _____

Email: Darlen.Jones2@irs.gov

| Bill Type | Load Size | Description | Price |
|---|---|---|---|
| V | Full | HH items | $558.00 |
| | | Promo (gsa) 10% off | - 55.80 |
| | | ⟨TAX EXEMPT⟩ | |

Bill Type: V - Volume, B - Bedload, S - Surcharge, SP - Standard Item Price

**HOW DID YOU LEARN ABOUT US?**

| | |
|---|---|
| Other | |
| Subtotal | 502.20 |
| Tax | |
| Tax | |
| Total | 502.20 |

☐ Cash  ☐ Debit  ☐ Check # 85012    ☐ Other 823
☐ M/C  ☐ VISA  ☐ AMEX  Name (as it appears on card): _____
CC#: ☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐ - 5193

Signature: _____    Exp Date: 3.19
☐ Invoice  Contact #: _____    PO #: _____
Name: _____
City: _____    Mailing Address: _____
State/Prov: _____    Zip/Postal: _____

*Refunded accidental tax of $41.43*

*#615W*

# DAILY JOURNAL CORPORATION
## CALIFORNIA NEWSPAPER SERVICE BUREAU

P.O. Box 54026 LOS ANGELES CALIFORNIA 90054-0026
PHONE: (213) 229-5300  FAX (213) 229-5481
FEDERAL TAX ID:95-4133299

| Invoice Number | Date |
|---|---|
| B2934000 | 12/12/2016 |

| Customer Account Number |
|---|
| 1124135215 |

| Customer Payment Reference |
|---|
|  |

| Special Project |
|---|
|  |

**Ordered by:**
DARLENE JONES
IRS/PALS GP 3 PHOENIX, AZ)
4041 N CENTRAL AVE MS 5021
PHOENIX, AZ 85012   USA

For payment processing, please forward to:     Page 1 of 1

CRYSTAL L FERGUSON
IRS/PALS GP 3 WESTERN)
4749 LINCOLN MALL DR #400
MATTESON, IL 60443   USA

## DUE UPON RECEIPT

| Type | Order No | Description | | Amount |
|---|---|---|---|---|
| Invoice | B2934000 | STON-TX<br>IRSJUD IRS JUDICIAL NOTICE<br>60688  SAN ANTONIO BUSINESS JOURNAL<br>10/21,10/28,11/04,11/11/2016 | | 305.88 |
| | | _Flat Rate For Order_ | 305.88 | |

**PLEASE PROCESS FOR PAYMENT IMMEDIATELY.  DUE UPON RECEIPT.**
**Please make check payable to: Daily Journal Corporation**

| | |
|---|---|
| Total: | 305.88 |
| Payment: | -305.88 |
| Please Pay: | 0.00 |

Please detach and return this portion with payment. To ensure proper credit to your account, please write your customer number on your check. If you have any questions about your account, please call 2132295411.

| Invoice Date | Invoice Number | Customer Number |
|---|---|---|
| 12/12/2016 | B2934000 | 1124135215 |

* A 0 0 0 0 0 4 3 0 1 8 1 2 *

| Government Advertising - Division 1124 | Amount Due | 0.00 |
|---|---|---|

DAILY JOURNAL CORPORATION
CALIFORNIA NEWSPAPER SERVICE BUREAU
ATTN:  ACCOUNTS RECEIVABLE
PO BOX 54026
LOS ANGELES, CA 90054-0026

CRYSTAL L FERGUSON
IRS/PALS GP 3 WESTERN)
4749 LINCOLN MALL DR #400
MATTESON, IL 60443   USA

**ANT** 2521  
**Job ID:** 02112740

IRS # 010509

# 1-800-GOT-JUNK?
THE WORLD'S LARGEST JUNK REMOVAL SERVICE ®

14080 Nacogdoches Rd #579, San Antonio, TX 78247  
Main: 210-632-9123  
james.rossette@1800gotjunk.com  
1800gotjunk.com

**Name:** Darlene Jones  
**Company Name:** IRS  
**Pickup Address:** 8754 Avator Cir  
**City:** Burke **State/Prov:** TX **Zip/Postal:** 78015  
**Home #:** **Cell #:** (602) 501 2146  
**Fax #:** **Office #:**  
**Email:** darlene.d.shackla@irs.gov

**Date:** 11-17-16  
**Team:** KM, MH  
**Route #:** NSW MF  
**Start Time:**  
**End Time:**  
**Moving:** ☐   YELLOW COPY CLIENT / WHITE COPY OFFICE

| Bill Type | Load Size | Description | Price |
|-----------|-----------|-------------|-------|
| V | 1/6 | Junk | 218 |
| | | | |
| | | | |

Bill Type: V - Volume, B - Bedload, S - Surcharge, SP - Standard Item Price

| | |
|---|---|
| Other | |
| Subtotal | 218 |
| Tax | |
| Tax | |
| Total | 218 |

**HOW DID YOU LEARN ABOUT US?**  
X  Repeat

\* No Damage \*

☐ Cash ☐ Debit ☐ Check # ☐ Other CW 823  
☐ M/C ☐ VISA ☐ AMEX **Name** (as it appears on card):  
**CC#:** ☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐ - 5 1 9 3  
**Signature:** **Exp Date:** 03 19  
☐ Invoice  Contact #: PO #:  
**Name:** **Mailing Address:**  
**City:** **State/Prov:** **Zip/Postal:** 85012

**Job Completion**  
**Signature:** Darlene Jones **Date:** 11-17-16

TERMS: All accounts are due upon receipt unless credit has been established. Overdue accounts are subject to interest not higher than the maximum allowable interest rate as determined by law. As owner, agent, or tenant of the above location, I hereby agree the work has been satisfactorily completed and understand that I no longer own the items that have been removed.



# 1-800-GOT-JUNK? San Antonio

# $218.00

| | |
|---|---|
| Custom Amount | $218.00 |
| Ant 2521 rm ma | |
| **Total** | **$218.00** |

1-800-GOT-JUNK? San Antonio
14080 Nacogdoches Rd., #579
San Antonio, TX 78247
210-632-9123

 

# DAILY JOURNAL CORPORATION
## CALIFORNIA NEWSPAPER SERVICE BUREAU

P.O. Box 54026 LOS ANGELES CALIFORNIA 90054-0026
PHONE: (213) 229-5300  FAX (213) 229-5481
FEDERAL TAX ID:95-4133299

| Invoice Number | Date |
|---|---|
| B2953172 | 1/24/2017 |

| Customer Account Number |
|---|
| 1124139265 |

| Customer Payment  Reference |
|---|
| |

| Special Project |
|---|
| |

**Ordered by:**

DARLENE JONES
IRS/PALS GP 3 PHOENIX, AZ)
4041 N CENTRAL AVE MS 5021
PHOENIX, AZ 85012   USA

For payment processing, please forward to:    Page 1 of 1

CRYSTAL L FERGUSON
IRS/PALS GP 3
4749 LINCOLN MALL DR #400
MATTESON, IL 60443   USA

## DUE UPON RECEIPT

| Type | Order No | Description | | Amount |
|---|---|---|---|---|
| Invoice | B2953172 | STON-TX 2ND SALE<br>IRSJUD IRS JUDICIAL NOTICE<br>131209  SOUTHSIDE RERORTER<br>12/14,12/21,12/28,01/04/2017 | | 441.19 |
| | | *Publication* | 441.19 | |

---

**PLEASE PROCESS FOR PAYMENT IMMEDIATELY.  DUE UPON RECEIPT.**
**Please make check payable to: Daily Journal Corporation**

| | |
|---|---|
| Total: | 441.19 |
| Payment: | -441.19 |
| Please Pay: | 0.00 |

Please detach and return this portion with payment. To ensure proper credit to your account, please write your customer number on your check. If you have any questions about your account, please call 6024179900.

| Invoice Date | Invoice Number | Customer Number |
|---|---|---|
| 1/24/2017 | B2953172 | 1124139265 |

* A 0 0 0 0 0 4 3 3 9 4 3 7 *

| Government Advertising - Division 1124 | Amount Due | 0.00 |
|---|---|---|

DAILY JOURNAL CORPORATION
CALIFORNIA NEWSPAPER SERVICE BUREAU
ATTN:  ACCOUNTS RECEIVABLE
PO BOX 54026
LOS ANGELES, CA 90054-0026

CRYSTAL L FERGUSON
IRS/PALS GP 3
4749 LINCOLN MALL DR #400
MATTESON, IL 60443   USA

| | |
|---|---|
| **From:** | noreply@cpsenergy.com |
| **To:** | Jones Darlene |
| **Subject:** | Payment Confirmation for CPS Energy webpay |
| **Date:** | Friday, February 17, 2017 3:28:57 AM |

**\*\*\* PLEASE DO NOT RESPOND TO THIS EMAIL \*\*\***

This message is to notify you that the payment submitted on Feb-16-2017 for CPS Energy webpay has been sent to your credit/debit card issuer for processing.

| | |
|---|---|
| **Confirmation Number:** | CPSCOM013551568 |
| **Confirmation Date (ET):** | Feb-16-2017 04:44:45 PM |
| **Payer Name:** | ATTN Internal Revenue Service |
| **Payment Due Date:** | Mar-06-2017 |
| **Payment Amount:** | $125.32 |
| **Chase Convenience Fee:** | $6.00 |
| **Total Payment Amount:** | $131.32 *pd* |
| **Scheduled Payment Date:** | Feb-17-2017 |
| **Account Nickname:** | MC |
| **Card Number:** | XXXXXXXXXXXX5193 |
| **Card Type:** | MasterCard Credit |

If you have questions about this payment or need assistance, please view the payment online at http://www.cpsenergy.com, or call Customer Service at (866) 582-3015.

Thank you for using the Chase on behalf of CPS Energy Commercial Payments electronic payment system.

# CPS Energy webpay

**Thank you for your payment!**

Please keep a record of your Confirmation Number, or print this page for your records.

**CPSCOM013551568**

**Feb-16-2017 04:44:45 PM**

Confirmation Number:

Confirmation Date (ET):

---

### Your Payment Detail

Payment Amount:

**$125.32**

Chase Convenience Fee:

**$6.00**

Total Payment Amount:

**$131.32**

Scheduled Payment Date:

**Feb-17-2017**

Payment Due Date:

**Mar-06-2017**

Customer Account Number:

**3003820677**

Service Address:

**8754 AVATOR CIR**

Past Due Balance:

**$77.17**

Total Amount Due:

**$125.32**

Enter your Payment (Required):

**$125.32**

REAP Donation (Optional):

**$0.00**

---

### Your Account Detail

Card Account Nickname :

**MC**

**Cardholder Name *:**

Credit Card or Debit Card Number:

**XXXXXXXXXXXXX5193**

Credit Card or Debit Card Type:

**Master Card Credit**

_____

Your Credit/Debit Card Billing Information

Billing Street Address 1 *:

**8754 AVATOR CIR**

Billing Street Address 2 :

Billing City *:

**BOERNE**

Billing State *:

**TX**

Billing Zip Code *:

**78015-4425**

Billing Country *:

**United States**

_____

E-mail Address :

**darlene.jones2@irs.gov**

Please keep a record of your Confirmation Number, or <u>print</u> this page for your records.

Continue to Main Menu

**Questions about your bill? Want to pay your bill at a time that's convenient for you?**
**Try our online services at www.cpsenergy.com  Comments? Talk to us at feedback@cpsenergy.com**



**Statement of Account**
INTERNAL REVENUE SERVICE
8754 AVATOR CIR
BOERNE TX 78015

Billing Date:                    01/30/17
Customer Number:        300-3820-677

**Balance Due**
On or Before Feb 15, 2017 Pay          **$77.17**
After Feb 15, 2017 Pay                      **$78.33**

### YOUR ELECTRICITY USE (kWh)

| | |
|---|---|
| 1194 | |
| 995 | |
| 796 | |
| 597 | |
| 398 | |
| 199 | |
| | Nov Dec Jan |
| 2016 | 2017 |

*BILLING SUMMARY*
(see reverse for detail)

Previous Bill 12/29/2016                        $209.90
Payments/Adjustments **Thank You**       -$209.90
**Balance**                                              **$0.00**

Current Electricity Charge                      $77.17
**Total Current Energy Charge**              **$77.17**

**Total Account Balance**                      **$77.17**

CPS Energy is committed to protecting the privacy of the
information collected from our customers. We keep personal
information strictly confidential and will release such information
only if approved by you or as required by law. If you have any
questions regarding our privacy policy, please contact us at
353-2222.

| **Pay Online** | **www.cpsenergy.com** |
|---|---|
| **Pay-By-Phone** | **1-855-290-7615** |
| **Customer Service** | **(210) 353-3333** |
| **Gas or Electric Trouble** | **(210) 353-4357** |
| **"Se Habla Español"** | |

*** WINTER CONSERVATION TIPS***
Heating and cooling account for more than half of the
average residential energy bill. For optimum efficiency, have
your heating system checked every year by a licensed and
bonded contractor. For energy conservation tips, visit
cpsenergy.com.
*****************************************************

### ACCOUNT COMPARISON SUMMARY

| | | Current Month | Previous Month | Last Year |
|---|---|---|---|---|
| **E L E C T R I C** | Days on Bill | 30 | 34 | 0 |
| | kWh Used | 713 | 822 | 0 |
| | Avg. kWh/Day | 23.8 | 24.2 | 0.0 |
| | Cost per Day | $2.57 | $2.48 | $0.00 |

▼DETACH HERE ▼            **PLEASE PRESENT BOTH PORTIONS IF PAYING IN PERSON**            ▼DETACH HERE ▼

## CPS Energy
Customer Service   (210) 353-3333
**Help your neighbors in need of utility assistance.**

Enclosed donation for   $ [      ]
REAP, Inc.

[ ] Check here if your address or phone number has
      changed. Make changes on the reverse side.

**CUSTOMER NUMBER**        300-3820-677
**Balance Due**
On or Before Feb 15, 2017 Pay          **$77.17**
After Feb 15, 2017 Pay                      **$78.33**

Total Amount   $ [              ]
Enclosed

———————— DO NOT WRITE BELOW THIS LINE ————————

1 3003820677 4 000000000000 0000000007833 0000000007717 01 5 0

**CPS ENERGY**
PO Box 2678
San Antonio TX 78289-0001

#3003820677 4#-01-1-0215
**INTERNAL REVENUE SERVICE**
MS 5021
4041 N CENTRAL AVE
PHOENIX AZ 85012

# CPS Energy
PO Box 2678, San Antonio, Texas 78289-0001

| Customer Number: | 300-3820-677 | 10004888779 |
|---|---|---|

| | |
|---|---|
| Previous Bill | $209.90 |

| **Payments & Adjustments** | |
|---|---|
| Payment 01/18/17 | -$209.90 |
| **Subtotal** | **-$209.90** |

| **Balance** | **$0.00** |
|---|---|

**Electric**
**Residential Electric**

| | |
|---|---|
| Service Availability Charge | $8.75 |
| Energy Charge 713 kWh x $0.0691 | $49.27 |
| Fuel Adjustment 713 kWh x $0.01606 | $11.45 |
| Regulatory Adj 713 kWh x $0.0108 | $7.70 |
| **Total Electric Bill (Non-Taxable)** | **$77.17** |

**Meter Read Detail (Read=R) (Estimated=E)**

| Electric Meter | | Previous | Current | Consumption |
|---|---|---|---|---|
| #6453351 | (R-01/26/2017) | 00995 | 01708 | 713 |

Your next scheduled meter read date is Feb 23, 2017 or Feb 24, 2017

Billing Period Dec 28, 2016 - Jan 26, 2017

**My New Mailing Address / Phone Number**

**Questions about your bill? Want to pay your bill at a time that's convenient for you?**
Try our online services at www.cpsenergy.com  Comments? Talk to us at feedback@cpsenergy.com



| **Statement of Account** | **Billing Date:** | 12/29/16 |
|---|---|---|
| INTERNAL REVENUE SERVICE | Customer Number: | 300-3820-677 |
| 8754 AVATOR CIR | | |
| BOERNE TX 78015 | | |

**Balance Due**
On or Before Jan 17, 2017 Pay          **$209.90**
After Jan 17, 2017 Pay                       **$211.21**

### BILLING SUMMARY
(see reverse for detail)

| | |
|---|---|
| Previous Bill 12/01/2016 | $123.62 |
| Payments/Adjustments **Thank You** | $1.82 |
| **Balance** | **$125.44** |
| Current Electricity Charge | $84.46 |
| **Total Current Energy Charge** | **$84.46** |
| **Total Account Balance** | **$209.90** |

Convience Fee plus          6.00
                             215.90 pd

#### YOUR ELECTRICITY USE (kWh)



CPS Energy is committed to protecting the privacy of the
information collected from our customers. We keep personal
information strictly confidential and will release such information
only if approved by you or as required by law. If you have any
questions regarding our privacy policy, please contact us at
353-2222.

| | |
|---|---|
| **Pay Online** | www.cpsenergy.com |
| **Pay-By-Phone** | 1-855-290-7615 |
| **Customer Service** | (210) 353-3333 |
| **Gas or Electric Trouble** | (210) 353-4357 |
| **"Se Habla Español"** | |

IMPORTANT NOTICE - WE MISSED YOUR PAYMENT.
This bill includes a past due amount. If you have not paid
this amount, please do so immediately to avoid possible
termination of service, or call for payment arrangements. If
you dispute this bill you are entitled to be heard. Call (210)
353-3333 or come by one of our centers for a review of your
account. If you have already paid this bill, please disregard
this notice.
******************************************************

#### ACCOUNT COMPARISON SUMMARY

| E L E C T R I C | | Current Month | Previous Month | Last Year |
|---|---|---|---|---|
| | Days on Bill | 34 | 29 | 0 |
| | kWh Used | 822 | 1,189 | 0 |
| | Avg. kWh/Day | 24.2 | 41.0 | 0.0 |
| | Cost per Day | $2.48 | $4.26 | $0.00 |

▼DETACH HERE ▼          PLEASE PRESENT BOTH PORTIONS IF PAYING IN PERSON          ▼DETACH HERE ▼

## CPS Energy
Customer Service  (210) 353-3333
**Help your neighbors in need of utility assistance.**

Enclosed donation for  $ [    ]
REAP, Inc.

[ ] Check here if your address or phone number has
    changed. Make changes on the reverse side.

| **CUSTOMER NUMBER** | **300-3820-677** |
|---|---|
| **Balance Due** | |
| On or Before Jan 17, 2017 Pay | **$209.90** |
| After Jan 17, 2017 Pay | **$211.21** |

Total Amount  $ [          ]
Enclosed

──── DO NOT WRITE BELOW THIS LINE ────

1 3003820677 4 000000000000 0000000021121 000000020990 01 3 0

**CPS ENERGY**
PO Box 2678
San Antonio TX 78289-0001

#3003820677 4#-01-1-0117
**INTERNAL REVENUE SERVICE**
MS 5021
4041 N CENTRAL AVE
PHOENIX AZ 85012

RECEIVED BY IRS-EEFAX  02/10/2017 5:02PM (GMT-06:00)

**CPS Energy**
PO Box 2678, San Antonio, Texas 78289-0001

**Customer Service (210) 353-3333**
**Gas or Electric Trouble (210) 353-4357**
**"Se Habla Español"**

***Customer Number: 300-3820-677 400005499084 PN: 3186***

| | |
|---|---|
| Previous Bill | $123.62 |
| ***Payments & Adjustments*** | |
| Late Charge 12/21/16 | $1.82 |
| **Subtotal** | **$1.82** |
| **Balance** | **$125.44** |
| ***Electric*** | |
| ***Residential Electric*** | |
| Service Availability Charge | $8.75 |
| Energy Charge 822 kWh x $0.0691 | $56.80 |
| Fuel Adjustment 822 kWh x $0.0122 | $10.03 |
| Regulatory Adj 822 kWh x $0.0108 | $8.88 |
| **Total Electric Bill (Non-Taxable)** | **$84.46** |

***Meter Read Detail (Read=R) (Estimated=E)***

| ***Electric Meter*** | ***Previous*** | ***Current*** | ***Consumption*** |
|---|---|---|---|
| #6453351 (R-12/27/2016) | 00173 | 00995 | 822 |

**Your next scheduled meter read date is Jan 26, 2017 or Jan 27, 2017**

**Billing Period Nov 24, 2016 - Dec 27, 2016**

AVISO IMPORTANTE - NO HEMOS RECIBIDO SU PAGO. Este recibo incluye una cantidad vencida. Si no ha pagado esta cantidad, favor de hacerlo inmediatamente para evitar la posible suspensión de servicios ó llame para hacer arreglos de pagos. Si no está de acuerdo con este recibo, tiene derecho a pedir una audiencia. Llame al (210) 353-3333 ó venga a uno de nuestros centros para que revisemos su cuenta. Si ya pagó este recibo, gracias, y no haga caso a este aviso. ************************************************************

**My New Mailing Address / Phone Number**

____________________

____________________

____________________

____________________

**Questions about your bill? Want to pay your bill at a time that's convenient for you?**
Try our online services at www.cpsenergy.com  Comments? Talk to us at feedback@cpsenergy.com



| | |
|---|---|
| **Statement of Account** | **Billing Date:** 12/01/16 |
| INTERNAL REVENUE SERVICE | **Customer Number:** 300-3820-677 |
| 8754 AVATOR CIR | |
| BOERNE TX 78015 | |

**Balance Due**
On or Before Dec 19, 2016 Pay                 $123.62
After Dec 19, 2016 Pay                         $125.44

### YOUR ELECTRICITY USE (kWh)

| | |
|---|---|
| 1194 | |
| 995 | |
| 796 | |
| 597 | |
| 398 | |
| 199 | |

2015                                    Nov
                                        2016

**BILLING SUMMARY**
*(see reverse for detail)*

| | |
|---|---|
| Previous Bill | $0.00 |
| Payments/Adjustments | $0.00 |
| **Balance** | **$0.00** |
| Current Electricity Charge | $123.62 |
| **Total Current Energy Charge** | **$123.62** |
| **Total Account Balance** | **$123.62** |

CPS Energy is committed to protecting the privacy of the
information collected from our customers. We keep personal
information strictly confidential and will release such information
only if approved by you or as required by law. If you have any
questions regarding our privacy policy, please contact us at
353-2222.

| | |
|---|---|
| **Pay Online** | **www.cpsenergy.com** |
| **Pay-By-Phone** | **1-855-290-7615** |
| **Customer Service** | **(210) 353-3333** |
| **Gas or Electric Trouble** | **(210) 353-4357** |
| | **"Se Habla Español"** |

**\*\*\* CFLs SAVE \*\*\***
Compact fluorescent light bulbs (CFLs) can save as much
as $30 in energy costs over the life of the bulb. For the most
savings, replace standard light bulbs in frequently used
areas like the family room, kitchen or porch with CFLs. For
more information, visit cpsenergy.com.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ACCOUNT COMPARISON SUMMARY

| E L E C T R I C | | Current Month | Previous Month | Last Year |
|---|---|---|---|---|
| | Days on Bill | 29 | 0 | 0 |
| | kWh Used | 1,189 | 0 | 0 |
| | Avg. kWh/Day | 41.0 | 0.0 | 0.0 |
| | Cost per Day | $4.26 | $0.00 | $0.00 |

▼DETACH HERE ▼                  **PLEASE PRESENT BOTH PORTIONS IF PAYING IN PERSON**                  ▼DETACH HERE ▼

# CPS Energy
Customer Service  (210) 353-3333
**Help your neighbors in need of utility assistance.**

Enclosed donation for  $ [ ][ ][ ][ ][ ]
REAP, Inc.

[ ] Check here if your address or phone number has
changed. Make changes on the reverse side.

| | |
|---|---|
| **CUSTOMER NUMBER** | **300-3820-677** |
| **Balance Due** | |
| On or Before Dec 19, 2016 Pay | $123.62 |
| After Dec 19, 2016 Pay | $125.44 |

**Total Amount
Enclosed**  $ [ ][ ][ ][ ][ ][ ][ ][ ]

------ DO NOT WRITE BELOW THIS LINE ------

1 3003820677 4 000000000000 0000000012544 000000012362 01 3 0

**CPS ENERGY**
PO Box 2678
San Antonio TX 78289-0001

#3003820677 4#-01-1-1219
INTERNAL REVENUE SERVICE
MS 5021
4041 N CENTRAL AVE
PHOENIX AZ 85012

RECEIVED BY IRS-EEFAX   02/10/2017 5:02PM (GMT-06:00)

# CPS Energy

PO Box 2678, San Antonio, Texas 78289-0001

**Customer Service**             (210) 353-3333
**Gas or Electric Trouble**      (210) 353-4357

"Se Habla Español"
PN:    1062

| *Customer Number:* | 300-3820-677 | *805484699* |
|---|---|---|
| Previous Bill | | $0.00 |
| **Balance** | | **$0.00** |

**Electric**
**Residential Electric**

| | |
|---|---|
| Service Availability Charge | $8.75 |
| Energy Charge 1,189 kWh x $0.0691 | $82.16 |
| Fuel Adjustment 1,189 kWh x $0.01671 | $19.87 |
| Regulatory Adj 1,189 kWh x $0.0108 | $12.84 |
| **Total Electric Bill (Non-Taxable)** | **$123.62** |

*Meter Read Detail (Read=R) (Estimated=E)*

| Electric Meter | | Previous | Current | Consumption |
|---|---|---|---|---|
| #4176779 | (R-11/16/2016) | 92632 | 93648 | 1,189 |
| #6453351 | (R-11/23/2016) | 00000 | 00173 | |

Your next scheduled meter read date is Dec 27, 2016 or Dec 28, 2016

Billing Period Oct 26, 2016 - Nov 23, 2016

**My New Mailing Address / Phone Number**

**FAIR OAKS RANCH**
210-698-0900

*UT*

REC#: 00394329    3/01/2017    3:56 PM
OPER: SG    TERM: 010
REF#: MC

ACCT #: XXXX-XXXX-XXXX-5193
AUTH #: 046805
TRAN #: 000000000224
TYPE: PURCHASE

# TOTAL:    91.93

Cardmember acknowledges receipt of
goods and/or services in the amount of
the total shown hereon and agrees to
perform the obligations set forth by the
cardmember's agreement with the issuer.

*Phone Pay*

x _Darlene Jones_

---

**FAIR OAKS RANCH**
210-698-0900

REC#: 00394329    3/01/2017    3:56 PM
OPER: SG    TERM: 010
REF#: MC
PAID BY: JONES

ACCT #: XXXX-XXXX-XXXX-5193
AUTH #: 046805
TRAN #: 000000000224
TYPE: PURCHASE

TRAN: 500.0000    UTILITY PAYMENT
04-0860-03    US TREASURY - IRS
    PAYMENT ON ACCOUNT    89.69CR
    BALANCE AFTER PAYMENT    28.32CR

TRAN: 23.0000    CREDIT CARD PRO FEE
05 -401-298
    CREDIT CARD SERVICE    2.24CR

TENDERED:    91.93  CREDIT CARD
APPLIED:    91.93-

`NGE:    0.00

7H



# Fair Oaks Ranch Utilities

7286 Dietz Elkhorn · Fair Oaks Ranch, Texas 78015 · (210)-698-7685 · Fax 210-698-3565

UTILITIES BILLING FOR 01/30/2017 TO 02/14/2017

ACCOUNT NUMBER 04-0860-03
SERVICE LOCATION: 8754 AVATOR CIRCLE

ACCOUNT NAME: US TREASURY – IRS
DARLENE JONES, PALS

PREVIOUS BALANCE  DUE 1/25/17                    $ 61.37

FINAL BILL

77715511        BEGINNING READ: 4044
                ENDING READ: 4087
                CONSUMPTION: 4300

        ¾" SERVICE AVAILABILTY INCLUDING FEES        $ 28.32

    **TOTAL DUE**                                   **$ 89.69**

                **DUE DATE 003/25/2017**

UTILITY SERVICES BILLING FOR  1/30/2017
ACCOUNT NUMBER  04-0860-03
SERVICE LOCATION: 8754 AVATOR CIRCLE
ACCOUNT NAME: US TREASURY - IRS

77715511            3961    4044      8300
WATER CHARGES & FEES:
3/4" SERV AVAIL CHAR                              25.71
WATER USAGE CHARGE                                8.42
SURFACE WATER FEE                                13.35
TCEQ FEE                                          0.16
TGRGCD FEE                                         0.00
DEBT SERVICE FEE                                 10.37
CAPITAL RESERVE FUND                              3.36
SURCHARGES                                         0.00
                                         ----------------
TOTAL DUE:                                        61.37
                                         ----------------
TOTAL DUE AFTER  2/25/2017                        61.37

IS YOUR  CONTACT INFORMATION UP TO DATE WITH OUR OFFICE?
IF YOU ARE A LONG TIME RESIDENT PLEASE CONTACT US TO
BE SURE WE HAVE ALL THE CORRECT CONTACT INFORMATION ON YOUR
ACCOUNT!  THANK YOU !

------------------------------------------------------------------------

Please return this portion with remittance.

Account Number: 04-0860-03

Billing Date:  1/30/2017

Due Date:  2/25/2017

DARLENE JONES, PALS          Amount Due:          61.37
US TREASURY - IRS
4041 N CENTRAL AVE MS 5021
PHOENIZ AZ  85012            Amount Due after
                            2/25/2017:           61.37

210-698-0900

REC#: 00390968   1/20/2017   10:17 AM
OPER: ck   TERM: 004
REF#: MC JONES
PAID BY: DARLENE JONES

ACCT #: XXXX-XXXX-XXXX-5193
AUTH #: 082210
TRAN #: 000000000171
TYPE: PURCHASE


TRAN: 500.0000   UTILITY PAYMENT
04-0860-03        US TREASURY - IRS
   PAYMENT ON ACCOUNT        61.37CR
     *PAID IN FULL*

TRAN: 23.0000   CREDIT CARD PRO FEE
05 -401-298
     CREDIT CARD SERVICE        1.53CR

   TENDERED:        62.90  CREDIT CARD
   APPLIED:        62.90-
   _____
   CHANGE:        0.00



**Fair Oaks Ranch Utilities**
7286 Dietz Elkhorn Rd
Fair Oaks Ranch, TX 78015-4999

**For Inquiries call: (866) 258-2505 or (210) 698-7685**
**Emergency After Hours: (830) 249-8645 or (830) 816-3194**

1 MB  *A-01-HD0-AM-02822-13

US TREASURY - IRS
DARLENE JONES, PALS
4041 N CENTRAL AVE STE 112
PHOENIX AZ 85012-3335



## Summary

### ACCOUNT INFORMATION

| | |
|---|---|
| ACCOUNT: | 04-0860-03 |
| CYCLE: | 01 |
| SERVICE ADDRESS: | 8754 AVATOR CIRCLE |
| SERVICE PERIOD: | 11/30/2016 to 12/30/2016 |
| BILLING DATE: | 12/30/2016 |
| **DUE DATE:** | **01/25/2017** |

### CHARGES

| Meter | Previous | Current | Usage (in gallons) |
|---|---|---|---|
| 77715611 | 3878 | 3961 | 8300 |

| | |
|---|---|
| PREVIOUS BALANCE | $61.73 |
| PAYMENTS | $-61.73 |
| ADJUSTMENTS | $0.00 |
| PENALTIES | $0.00 |
| PAST DUE AMOUNT - DUE IMMEDIATELY | $0.00 |
| **WATER CHARGES & FEES** | |
| 3/4" SERV AVAIL CHAR | $25.71 |
| WATER USAGE CHARGE | $8.42 |
| SURCHARGE | $0.00 |
| TGRGCD | $0.00 |
| SURFACE WATER FEE | $13.35 |
| TCEQ | $0.16 |
| DEBT SERVICE FEE | $10.37 |
| CAPITAL RESERVE FUND | $3.36 |
| TOTAL CURRENT CHARGES | $61.37 |
| **TOTAL AMOUNT DUE IF PAID BY 01/25/2017** | **$61.37** |
| PENALTY IF NOT PAID BY DUE DATE: | $6.14 |
| **TOTAL DUE IF PAID AFTER 01/25/2017** | **$67.51** |



*plus Fee*
*Total $62.90*
*pd. 1-2017*

A LATE FEE OF 10% WILL BE CHARGED ON
ANY AMOUNT NOT PAID BY DUE DATE.

### YOUR MONTHLY USAGE (IN GALLONS)

D J F M A M J J A S O N D
LAST YEAR          THIS YEAR

### SPECIAL MESSAGE

The City's Home Rule Charter Commission will be holding a
Town Hall Meeting to present, and receive input on, the
proposed Home Rule Charter for the City of Fair Oaks Ranch
on Thursday, January 12, 2017 at 6:30 pm at City Hall.
To view the proposed Charter or to view a chart explaining
the differences between General Law and Home Rule forms
of government visit www.fairoaksranchtx.org

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return this portion along with your payment and make your check payable to Fair Oaks Ranch Utilities.

## Payment
# Coupon

### ACCOUNT INFORMATION

| | |
|---|---|
| ACCOUNT: | 04-0860-03 |
| CYCLE: | 01 |
| SERVICE ADDRESS: | 8754 AVATOR CIRCLE |
| SERVICE PERIOD: | 11/30/2016 to 12/30/2016 |
| BILLING DATE: | 12/30/2016 |
| **DUE DATE:** | **01/25/2017** |

US TREASURY - IRS
DARLENE JONES, PALS
4041 N CENTRAL AVE STE 112
PHOENIX AZ 85012-3335

### AMOUNT DUE

| | |
|---|---|
| **TOTAL AMOUNT DUE BY 01/25/2017:** | **$61.37** |
| TOTAL DUE IF PAID AFTER 01/25/2017: | $67.51 |

### AMOUNT ENCLOSED

REMIT PAYMENT TO:

FAIR OAKS RANCH UTILITIES
7286 DIETZ ELKHORN RD
FAIR OAKS RANCH TX 78015-4707

FAIR OAKS RANCH

210-698-0900

REC#: 00388737   12/20/2016   5:52 PM
OPER: AL   TERM: 001
REF#: MC JONES
PAID BY:

ACCT #: XXXX-XXXX-XXXX-5193
AUTH #: 018971
TRAN #: 000000000118
TYPE: PURCHASE

TRAN: 500.0000   UTILITY PAYMENT
04-0860-03      US TREASURY - IRS
   PAYMENT ON ACCOUNT      61.73CR
   *PAID IN FULL*

TRAN:  23.0000   CREDIT CARD PRO FEE
05 -401-298
   CREDIT CARD SERVICE      1.54CR

   TENDERED:      63.27  CREDIT CARD
   APPLIED:      63.27-
   _____
   CHANGE:      0.00



Fair Oaks Ranch Utilities
7286 Dietz Elkhorn Rd
Fair Oaks Ranch, TX 78015-4999

*IPS-914644*

## Account
# Summary

### ACCOUNT INFORMATION

| | |
|---|---|
| ACCOUNT: | 04-0860-03 |
| CYCLE: | 01 |
| SERVICE ADDRESS: | 8754 AVATOR CIRCLE |
| SERVICE PERIOD: | 10/30/2016 to 11/30/2016 |
| BILLING DATE: | 11/30/2016 |
| **DUE DATE:** | **12/25/2016** |

**For inquiries call: (866) 258-2505 or (210) 698-7685**
**Emergency After Hours: (830) 249-8645 or (830) 816-3194**

1 MB  *A-01-I1W-AM-02829-11

US TREASURY - IRS
DARLENE JONES, PALS
4041 N CENTRAL AVE STE 112
PHOENIX AZ 85013-3335



### CHARGES

| Meter | Previous | Current | Usage (in gallons) |
|---|---|---|---|
| 77715511 | 3794 | 3878 | 8400 |

| | |
|---|---|
| PREVIOUS BALANCE | $85.09 |
| PAYMENTS | -$93.60 |
| ADJUSTMENTS | $0.00 |
| PENALTIES | $8.51 |
| PAST DUE AMOUNT - DUE IMMEDIATELY | $0.00 |
| **WATER CHARGES & FEES** | |
| 3/4" SERV AVAIL CHAR | $25.71 |
| WATER USAGE CHARGE | $8.78 |
| SURCHARGE | $0.00 |
| TGRGCD | $0.00 |
| SURFACE WATER FEE | $13.35 |
| TCEQ | $0.16 |
| DEBT SERVICE FEE | $10.37 |
| CAPITAL RESERVE FUND | $3.36 |
| TOTAL CURRENT CHARGES | $61.73 |
| **TOTAL AMOUNT DUE IF PAID BY 12/25/2016** | **$61.73** |
| PENALTY IF NOT PAID BY DUE DATE: | $6.18 |
| **TOTAL DUE IF PAID AFTER 12/25/2016** | **$67.91** |

### YOUR MONTHLY USAGE (IN GALLONS)

Usage chart with values 0, 1500, 3000, 4500, 6000, 7500, 9000 on Y-axis.
Months: N D J F M A M J J A S O N
LAST YEAR ... THIS YEAR

### SPECIAL MESSAGE

******* THE COLD WEATHER IS HERE. BE SURE TO CHECK
YOUR IRRIGATION AND WRAP YOUR PIPES. *******

A LATE FEE OF 10% WILL BE CHARGED ON
ANY AMOUNT NOT PAID BY DUE DATE.

---

Please return this portion along with your payment and make your check payable to Fair Oaks Ranch Utilities.

## Payment
# Coupon

### ACCOUNT INFORMATION

| | |
|---|---|
| ACCOUNT: | 04-0860-03 |
| CYCLE: | 01 |
| SERVICE ADDRESS: | 8754 AVATOR CIRCLE |
| SERVICE PERIOD: | 10/30/2016 to 11/30/2016 |
| BILLING DATE: | 11/30/2016 |
| **DUE DATE:** | **12/25/2016** |

US TREASURY - IRS
DARLENE JONES, PALS
4041 N CENTRAL AVE STE 112
PHOENIX AZ 85012-3335

### AMOUNT DUE

| | |
|---|---|
| TOTAL AMOUNT DUE BY 12/25/2016: | $61.73 |
| TOTAL DUE IF PAID AFTER 12/25/2016: | $67.91 |

### AMOUNT ENCLOSED

REMIT PAYMENT TO:

FAIR OAKS RANCH UTILITIES
7286 DIETZ ELKHORN RD
FAIR OAKS RANCH TX 78015-4707

210-698-0900

REC#: 00387414   12/02/2016   2:23 PM
OPER: ck    TERM: 004
REF#: MC JONES
PAID BY: DARLENE D JONES

ACCT #: XXXX-XXXX-XXXX-5193
AUTH #: 046275
TRAN #: 000000000082
TYPE: PURCHASE


TRAN: 500.0000   UTILITY PAYMENT
04-0860-03       US TREASURY - IRS
  PAYMENT ON ACCOUNT        93.60CR
   *PAID IN FULL*

TRAN: 23.0000   CREDIT CARD PRO FEE
05 -401-298
  CREDIT CARD SERVICE        2.34CR

 TENDERED:      95.94  CREDIT CARD
 APPLIED:       95.94-
    _____
 CHANGE:        0.00



Fair Oaks Ranch Utilities
7286 Dietz Elkhorn Rd
Fair Oaks Ranch, TX 78015-4999

*FPS 912048*

## Account
# Summary

For Inquiries call: (866) 258-2505 or (210) 698-7685
Emergency After Hours: (830) 249-8645 or (830) 816-3194

### ACCOUNT INFORMATION

| | |
|---|---|
| ACCOUNT: | 04-0860-03 |
| CYCLE: | 01 |
| SERVICE ADDRESS: | 8754 AVATOR CIRCLE |
| SERVICE PERIOD: | 10/01/2016 to 10/30/2016 |
| BILLING DATE: | 10/30/2016 |
| **DUE DATE:** | **11/25/2016** |

1 MB  *A-01-81K-AM-02829-11

US TREASURY - IRS
DARLENE JONES, PALS
4041 N CENTRAL AVE STE 112
PHOENIX AZ 85012-3335



### CHARGES

| Meter | Previous | Current | Usage (in gallons) |
|---|---|---|---|
| 77715511 | 3712 | 3794 | 8200 |

| | |
|---|---|
| PREVIOUS BALANCE | $0.00 |
| PAYMENTS | $0.00 |
| ADJUSTMENTS | $0.00 |
| PENALTIES | $0.00 |
| PAST DUE AMOUNT - DUE IMMEDIATELY | $0.00 |
| **WATER CHARGES & FEES** | |
| 3/4" SERV AVAIL CHAR | $25.71 |
| WATER USAGE CHARGE | $8.05 |
| SURCHARGE | $0.00 |
| APPLICATION FEE | $25.00 |
| TGRGCD | $0.00 |
| SURFACE WATER FEE | $12.91 |
| TCEQ | $0.15 |
| DEBT SERVICE FEE | $10.02 |
| CAPITAL RESERVE FUND | $3.25 |
| TOTAL CURRENT CHARGES | $85.09 |
| **TOTAL AMOUNT DUE IF PAID BY 11/25/2016** | **$85.09** |
| PENALTY IF NOT PAID BY DUE DATE: | $8.51 |
| **TOTAL DUE IF PAID AFTER 11/25/2016** | **$93.60** |

### YOUR MONTHLY USAGE (IN GALLONS)



LAST YEAR | O N D J F M A M J J A S O | THIS YEAR

### SPECIAL MESSAGE

*****EFFECTIVE OCTOBER 1, 2016 *****
THERE WILL BE A REDUCTION ON 2 WATER FEES &
1 WASTEWATER FEE. THESE CHANGES WILL BE SEEN ON
THAT BILLING STATEMENT PERIOD.

A LATE FEE OF 10% WILL BE CHARGED ON
ANY AMOUNT NOT PAID BY DUE DATE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return this portion along with your payment and make your check payable to Fair Oaks Ranch Utilities.

## Payment
# Coupon

### ACCOUNT INFORMATION

| | |
|---|---|
| ACCOUNT: | 04-0860-03 |
| CYCLE: | 01 |
| SERVICE ADDRESS: | 8754 AVATOR CIRCLE |
| SERVICE PERIOD: | 10/01/2016 to 10/30/2016 |
| BILLING DATE: | 10/30/2016 |
| **DUE DATE:** | **11/25/2016** |

US TREASURY - IRS
DARLENE JONES, PALS
4041 N CENTRAL AVE STE 112
PHOENIX AZ 85012-3335

### AMOUNT DUE

| | |
|---|---|
| **TOTAL AMOUNT DUE BY 11/25/2016:** | **$85.09** |
| TOTAL AMOUNT DUE IF PAID AFTER 11/25/2016: | $93.60 |

### AMOUNT ENCLOSED

Service Fee . 2.34          $ 95.94

REMIT PAYMENT TO:

FAIR OAKS RANCH UTILITIES
7286 DIETZ ELKHORN RD
FAIR OAKS RANCH TX 78015-4707



# ALBERT URESTI, MPA, PCC
## Bexar County Tax Assessor-Collector

## 2016 REAL PROPERTY

**04708-100-0270**
(ACCOUNT NUMBER)

03/06/2017

LEGAL DESCRIPTION:
CB 4708A BLK LOT 27

OWNER:
STONE DAVID J
21442 SPINING WHEEL
MORRISON, CO  80465-2508

ACREAGE:     .9380

LOCATION:     8754  AVATOR CIR

| APPRAISED VALUE | | CAP VALUE | HOMESTEAD VALUE | NON-QUAL VALUE |
|---|---|---|---|---|
| LAND | IMPROVEMENT | | | |
| 75,980 | 482,020 | 552,816 | 558,000 | 0 |

| AGRI. MKT VALUE | PROD VALUE | ASSESSED VALUE |
|---|---|---|
| 0 | 0 | 558,000 |

| TAXING UNIT | EXEMPTIONS | | | | TAXABLE VALUE | TAX RATE | TAX AMOUNT |
|---|---|---|---|---|---|---|---|
| | HOM | | | | | | |
| FLOOD FUND | 3,000 | 0 | 0 | 0 | 549,816 | 0.015700 | 86.32 |
| ALAMO COMM COLLEGE | 0 | 0 | 0 | 0 | 552,816 | 0.149150 | 824.53 |
| HOSPITAL DISTRICT | 0 | 0 | 0 | 0 | 552,816 | 0.276235 | 1,527.07 |
| BEXAR COUNTY | 0 | 0 | 0 | 0 | 552,816 | 0.293250 | 1,621.13 |
| S A RIVER AUTHORITY | 5,000 | 0 | 0 | 0 | 547,816 | 0.017290 | 94.72 |

TAXES FOR 2016: **$4,153.77**
PENALTY AND INTEREST ADDED FOR 2016: **$373.84**
PAYMENTS MADE IN 2016: **$0.00**
AMOUNT DUE FOR  2016: **$4,527.61**

IF YOU BELIEVE THIS STATEMENT WAS MAILED TO YOU IN ERROR, PLEASE CALL OUR OFFICE AT (210) 335-2251.

Para obtener informacion, por favor llame (210) 335-2251. Please call (210) 335-2251 for information.

ASSESSMENT RATIO FOR ALL UNITS IS 100%      SEE BACK OF STATEMENT OR NEWSLETTER FOR IMPORTANT TAX INFORMATION.

**03/06/2017**

2016 Payment Amounts If Paid In:

| MAR 2017 | **4,527.61** |
|---|---|
| APR 2017 | **4,610.69** |
| MAY 2017 | **4,693.76** |

DELINQUENT AFTER
JANUARY 31, 2017
AMOUNT PAID:

04708-100-0270
STONE DAVID J
21442 SPINING WHEEL
MORRISON, CO  80465-2508

MAKE CHECK PAYABLE TO:
ALBERT URESTI, MPA, PCC
BEXAR COUNTY
TAX ASSESSOR-COLLECTOR
P O BOX 2903
SAN ANTONIO, TX 78299-2903
WWW.BEXAR.ORG/TAX     210-335-2251
TO PAY BY PHONE, CALL 1-888-852-3572

04708100027040000045276100046106900046937600047768400000000000000000000