IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 5:15-cv-196-XR |
| | ) | |
| DAVID J. STONE, and | ) | |
| JACQUELINE WALLACE. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING UNITED STATES' MOTION
TO CONFIRM SALE AND DISBURSE FUNDS**
(with special instruction to the clerk)

Pending before the Court is the United States' Motion to Confirm Sale and Disburse Funds regarding a sale made by the Internal Revenue Service ("IRS"), pursuant to the Court's Order of Sale and to Vacate Property, entered August 2, 2016, of the following real property located in Bexar County, Texas 78015 ("the Property") and described more fully as follows:

> Lot 27, Fair Oaks Ranch Unit A, in the City of Fair Oaks, Bexar County, Texas, according to plat thereof recorded in Volume 8100, Page 31, Deed Plat Records of Bexar County, Texas.

The Court has examined the sale by the IRS under the Order of Sale and to Vacate. No objections to the sale have been filed. The Court therefore finds that due and legal notice of the sale was given in conformity with the law and judgment of this Court. The Court further finds that on January 11, 2017, the IRS sold the above described property for $299,000.00 to A Orange Math Center, Inc. (the "Purchaser,") who was the highest bidder.

The Court further finds that the sale by the IRS in all respects conformed with the law and the Order of Sale and to Vacate of this Court.

IT IS THEREFORE ORDERED that the clerk DISBURSE the deposited funds in the Court's registry, totaling $299,000, including any accrued interest, as follows:

A. First, to the costs of sale paid by the IRS. These costs were:

| | | |
|---|---|---|
| 1) | AFX Title Company for cost of Title Report | $159.95 |
| 2) | A-1 Boerne Locksmith Locksmith services | $481.82 |
| 3) | 1-800-GOT-JUNK for Junk removal | $502.20 |
| 4) | San Antonio Business Journal for Legal Advertisement | $305.88 |
| 5) | 1-800-GOT-JUNK for Junk removal | $218.00 |
| 6) | Southside Reporter for Legal Advertisement | $441.19 |
| 7) | CPS Energy For electrical services | $347.22 |
| 8) | Fair Oaks Ranch Utilities for water services | $314.04 |

Total Costs of Sale                    **$2,770.30**

Make the check payable to the "United States Treasury" and mail to:

Internal Revenue Service
Attn: Darlene Jones, PALS
4041 N. Central Ave. M/S 5021
Phoenix, AZ 85012-3330

B. Second, to Bexar County Tax Assessor-Collector
For outstanding ad valorem taxes as follows:

    As of April, 2017                    $4,610.69

Make check payable to "Albert Uresti, MPA, PCC"
Bexar County
Tax Assessor-Collector
P.O. Box 2903
San Antonio, TX 78299-2903

C. Third, the remainder of the funds, plus any accrued interest, to the United States Department of Justice to be applied to the federal tax liabilities of David J. Stone.

Make the check payable to the "U.S. Department of Justice" and mail to:

U.S. Department of Justice
Attn: Jon E. Fisher
Trial Attorney, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

IT IS FURTHER ORDERED that the United States' sale and all proceedings under the Order of Sale and to Vacate are approved and confirmed, and that the IRS make and execute to the Purchaser a good and sufficient deed for the property.

IT FURTHER ORDERED that the IRS shall execute and deliver a deed to the Purchaser, A Orange Math Center, Inc., granting it title and possession of the property against any or all persons now in possession.

Signed this _____ day of _____, 2017.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE