**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID J. STONE, and )<br>JACQUELINE WALLACE. )<br>)<br>Defendants. ) | Civil No.: 5:15-cv-196-XR |

**UNITED STATES' ADVISORY PURSUANT TO THE
COURT'S ORDER ENTERED ON APRIL 3, 2017**

Pursuant to the Court's Order entered on April 3, 2017, (Dkt. No. 47) the United States files this Advisory concerning "any claims or issues that remain unresolved and whether the case may be closed at this time." The only remaining item is for the Clerk's office to issue the checks as set forth in this Court's March 28, 2017, Order. (Dkt. No. 46.) Once the checks have been issued, the United States believes this case can be closed.

                                              RICHARD L. DURBIN, JR.
                                              United States Attorney

                                              */s/* Jon E. Fisher
                                              JON E. FISHER
                                              State Bar No. 550177-MA
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              717 N. Harwood, Suite 400
                                              Dallas, Texas 75201
                                              214-880-9730
                                              214-880-9741/9742 (facsimile)
                                              Jon.Fisher@usdoj.gov

                                              ATTORNEY FOR UNITED STATES

## **CERTIFICATE OF SERVICE**

It is CERTIFIED that the foregoing was served on April 5, 2017, by first class mail to:

David J. Stone
Jacqueline Wallace
8754 Avator Circle
Fair Oaks, Texas 78015

                                      */s/* Jon E. Fisher
                                      JON E. FISHER