UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | Civil Action No. SA-15-CA-196-XR |
| DAVID J. STONE, ET AL., | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

It is ORDERED, ADJUDGED, and DECREED that:

Plaintiff United States of America has a default judgment against Defendant David J. Stone in the amount of $1,261,594.64, as of September 1, 2014, plus pre-judgment and post-judgment interest at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c) until paid.

The United States' federal tax liens were attached to the real property located at 8754 Avator Circle, Fair Oaks, Texas 78015 ("the Property") and encumbered David Stone's and Jacqueline Wallace's interest in the Property. The United States foreclosed on said property to collect on David Stone's unpaid tax liabilities.

The Court struck Defendant Jacqueline Wallace's Answer and encumbered her interest in the property located at 8754 Avator Circle. Her interest in the property was disposed of through the foreclosure sale.

All claims against Defendant Wells Fargo are DISMISSED WITH PREJUDICE with no costs taxed against Wells Fargo.

Any relief not granted herein is denied. Because no claims or issues remain pending, this is a FINAL JUDGMENT.

SIGNED this 2nd day of June, 2017.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE